In the Matter of the Assessment of Damages Sustained by Laying Out a Street, etc., Across the Susquehanna River at the Village of Owego; Gurdon H. Pumpelly, Appellant, v. The Board of Trustees of the Village of Owego, Respondent.— Order affirmed, with ten dollars costs and disbursements.

The People of the State of New York ex rel. William J. Supple, Appellant, v. The Common Council of the City of Utica, Respondent.— Order affirmed, without costs to either party.

Adelbert G. Sergent, Respondent, v. The Liverpool, London and Globe Insurance Company, Appellant.— Judgment and order reversed, and a new trial ordered, with costs to abide the event.—

Appeal from a judgment entered in Otsego county on the verdict of a jury June 12, 1893, and from an order denying the defendant's motion for a new trial made upon the minutes of the trial judge, and from an order granting the plaintiff an extra allowance of costs.

PER CURIAM: We are of the opinion that the evidence was insufficient to show that Shieve had authority from the defendant to adjust the plaintiff's loss; that there was no such adjustment of his loss as authorized the court in holding that if the plaintiff was entitled to recover, he was entitled to the amount stated in the list or account made by Shieve, and that the court erred in excluding the evidence offered by the defendant as to the value of the property destroyed. Without discussing the other questions presented on this appeal, we think the judgment must be reversed for the errors already pointed out. This conclusion renders it unnecessary to examine the question as to the validity or propriety of the order granting the plaintiff an extra allowance. Judgment and order reversed, and a new trial granted, with costs to abide the event. Present—Hardin, P. J., Martin and Merwin, JJ.

Ellen Costello, as Administratrix, etc., Appellant, v. The New York, Ontario and Western Railway Company, Respondent.— Judgment affirmed, with costs.

Ezra Marion, Respondent, v. The Town of Newfield, Appellant.— Judgment and order reversed on the exceptions, and a new trial ordered, with costs to abide the event. Held, that the opinion of the witness as to the "safe life of a wooden bridge" was improperly received. (See 142 N. Y. 31, and cases cited.)

Anna Bergin, as Administratrix, etc., Respondent, v. The New York Central and Hudson River Railroad Company, Appellant.— Judgment and order affirmed, with costs.

Charles A. Pollock, Appellant, v. The New York Central and Hudson River Railroad Company, Respondent.— Judgment and order affirmed, with costs.

Tracy H. Morse and Others, Appellants, v. Charles J. Freoit, Respondent.— Judgment of the County Court reversed, with costs, and the judgment of the Justice's Court affirmed, with costs.

First National Bank of Syracuse, Respondent, v. Dwight Wilcox, Appellant, Impleaded, etc.— Order reversed, with ten dollars costs and disbursements, and motion denied, with ten dollars costs.

Mary Kain, Respondent, v. The City of Syracuse, Appellant.— Judgment and order affirmed, with costs.

Mary D. Young, as Administratrix, etc., Appellant, v. New York, Ontario and Western Railroad Company, Respondent.— Judgment and order affirmed, with costs.

Moses Latimore, Respondent, v. Moses Lederman and Another, Appellants.— Judgment and order reversed on the facts, and a new trial granted, without costs of the appeal to either party, upon the payment of costs of former trial, within twenty days; if such costs are not so paid, judgment and order affirmed, with costs of appeal to the respondent.

Edward C. Inderlied, Respondent, v. William S. Gray, Appellant.— Interlocutory judgment affirmed, with costs, with leave to answer within twenty days, upon payment of the costs of the demurrer and the appeal.

Patrick L. Ford, Respondent, v. Bridget McCarthy and Others, Appellants.— Judgment affirmed, with costs, upon the opinion of Vann, J., delivered at Special Term.

The People of the State of New York ex rel. Frederick L. Taylor, Relator, v. Gerrit A. Forbes, Justice, etc.— Writ of certiorari dismissed.—

Mem. PER CURIAM: Without determining whether by certiorari the proceedings are properly before this court, we have looked into the merits involved in the determination made at the Tompkins Oyer and Terminer, adjudging Taylor in contempt, and find no occasion to disturb the conclusion reached by that court. We, therefore, dismiss the writ of certiorari. Present—Hardin, P. J., Martin and Merwin, JJ.

John F. Hughes, Respondent, v. Michael F. Kelley, Appellant.— Judgment and order reversed on exceptions and a new trial ordered, with costs to abide the event. Held, there was error in admitting evidence of the entries by plaintiff in his books of account.

Mary M. White, Administratrix, etc., Respondent, v. The New York, Lake Erie and Western Railroad Company, Appellant.— Judgment and order affirmed, with costs.

Janette J. Lee, as Executrix, etc., Respondent, v. Thomas Petrie and Others, Appellants.— Judgment affirmed, with costs.

Abner P. Gay, Appellant, v. Jerome R. Platt, Respondent.— Judgment of the County Court affirmed, with costs.

Otis E. Wood and Others, Trustees, Respondents, v. Alonzo B. Cornell, Appellant.— Interlocutory judgment affirmed, with costs.

Alvah N. Updike, Respondent, v. The Elmira Building Company and Others, Appellants.— Order affirmed, with ten dollars costs and disbursements.

George L. Rood, Respondent, v. Rollin L. Weaver, Appellant.— Order affirmed, with costs.

Otis E. Wood and Others, as Trustees, Respondents, v. Franklin C. Cornell, Appellant.— Interlocutory judgment affirmed, with costs, and leave granted to defendant to answer, upon payment of the costs of the demurrer and of the appeal within twenty days.

Hugh McGuckin, Appellant, v. Mrs. Ellis Chorley, Respondent.— Judgment of the County Court affirmed, with costs.

Anna C. Shumway, Appellant, v. Fred Beley, Respondent.— Judgment of the County Court reversed, with costs, and the judgment of the Justice's Court affirmed, with costs.

Wilfred Eames and Others, Appellants, v. Judson P. Morgan and Others, Respondents.— Judgment affirmed, with costs.—

Mem. PER CURIAM: Action by certain heirs of a deceased ancestor to set aside several deeds and a mortgage covering some real estate in the city of Watertown, known as Beebe's Island. The main questions presented by this appeal were so fully and satisfactorily considered by Mr. Justice Williams in his opinion, written in deciding the case at Special Term as to require no further discussion. The other questions urged upon our attention relate to rulings affecting the admission or exclusion of evidence and the like. We have carefully considered them, but find no error requiring a reversal of the judgment, which should, therefore, be affirmed, with costs. Present—Hardin, P. J., Martin and Vann, JJ.